**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **ZACHARY ANDREW STINSON** | **DOCKET NO. 2:23-cv-0751** |
| **REG. # 77604-061** | **SECTION P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **FELIPE MARTINEZ, JR.** | **MAGISTRATE JUDGE LEBLANC** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that all pending motions be **DENIED** and that the petition be **DENIED** and **DISMISSED WITH PREJUDICE**.[1]

**THUS DONE AND SIGNED** in chambers this 3rd day of December, 2024.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**

---

[1] The magistrate judge recommended that the matter be dismissed without prejudice. Because the petitioner's challenge was considered on the merits, however, the undersigned finds that a dismissal with prejudice is proper. Petitioner is free to raise objections to future FSA computations after exhaustion of his administrative remedies but is barred from reasserting the arguments resolved through this case.